UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      -v.-                        :     INDICTMENT

FRANCISCO M. COLON,               :     07 Cr.

      Defendant.                  :

- - - - - - - - - - - - - - - - x

**Judge Buchwald**

**07 CRIM. 620**

COUNT ONE

The Grand Jury charges:

On or about June 20, 2007, in the Southern District of New York, FRANCISCO M. COLON, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 3, 2005, of criminal sale of a controlled substance on school grounds, a Class B Felony, in violation of New York state penal law § 220.44, in Bronx County Supreme Court, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded Lorcin, caliber 9 mm, semi-automatic pistol, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

JUL 10 2007