MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

August 14, 2007

**BY FACSIMILE**

Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

AUG 14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/07

Re: **United States v. Francisco Colon**
No. 07 Cr. 620 (NRB)
Request for Adjournment, on Consent

Dear Judge Buchwald:

I am writing to respectfully request that the conference in this case, currently scheduled for Wednesday, August 15, 2007, at 4:00 p.m. be adjourned to a date convenient to the Court during the week of August 20, 2007. I make this request because I am unavailable at the currently-scheduled time.

I have spoken with Assistant United States Attorney Steve Kwok, who consents to the requested adjournment. In addition, the defense consents to an exclusion of time under the Speedy Trial Act until the adjourned date.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

*[Handwritten endorsement:]* The conference is adjourned until August 23, 2007 at 10:30am. So Ordered. Naomi Reice Buchwald USDJ 8/14/07

cc: AUSA Steve Kwok
(By hand delivery only)