```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v -                        :     NOTICE OF MOTION

FRANCISCO COLON,                  :     07 CR 620 (NRB)

          Defendant.              :

- - - - - - - - - - - - - - - - - x
```

**PLEASE TAKE NOTICE**, that upon the annexed declaration of **Steven M. Statsinger, Esq.**, the undersigned will move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, suppressing physical evidence and statement obtained from Mr. Colon in violation of the Fourth Amendment to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        September 7, 2007

                                    Respectfully submitted,

                                    **LEONARD F. JOY, ESQ.**
                                    Federal Defenders of New York

                          By:       _____
                                    **STEVEN M. STATSINGER, ESQ.**
                                    Attorney for Defendant
                                    **FRANCISCO COLON**
                                    52 Duane Street - 10th Floor
                                    New York, New York  10007
                                    Tel.: (212) 417-8736

TO:
    **MICHAEL J. GARCIA, ESQ.**
    United States Attorney
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007
    Attn: **Steve Kwok,** Esq.
        Assistant United States Attorney

    **MR. FRANCISCO COLON**
    Reg. No. 60150-054
    MDC-New York