M E M O R A N D U M   E N D O R S E M E N T

<u>Document Number 6</u>
07 Cr. 620 (NRB)

<u>United States v. Francisco Colon</u>

Defendant's motion to suppress physical evidence and statements is denied for the reasons stated on the record at the hearing held on February 6, 2008.

**IT IS SO ORDERED.**

DATED:   New York, New York
         February 7, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

