# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

February 28, 2008

**BY HAND DELIVERY**

Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Francisco Colon**
    **No. 07 Cr. 620 (NRB)**
    **Request for Adjournment, on Consent**

Dear Judge Buchwald:

I am writing to respectfully request that the conference in this case that is currently scheduled for March 4, 2008, be briefly adjourned, because I need additional time to consult with Mr. Colon about his post-hearing options. The prosecutor has advised me that he is unavailable during the week of March 10, and I will be out of the office during the week of March 17. Accordingly, the parties request that the next conference be moved to a time convenient to the Court during or after the week of March 25.

I have spoken with Assistant United States Attorney Mark Lanpher, who consents to this request. In addition, the defense consents to an exclusion of Speedy Trial Act time until the adjourned date.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

AUSA Mark Lanpher

*[Handwritten note by Judge:]* The conference is adjourned until March 27, 2008 at 4:15. No further adjournments. So Ordered. Naomi Reice Buchwald 3/3/08